FILED RECEIVED
ENTERED SERVED
COUNSEL/PARTIES OF RECORD
OCT 27 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America
v.

JORGE ALBERTO GONZALEZ
*Defendant*

Case No. 2:25-mj-00764-MDC

Charging District: Central District of California

Charging District's Case No. 5:22-cr-225-SVW

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: United States District Court<br>3470 12th Street<br>Riverside, CA 92501 | Courtroom No.: TBD |
| | Date and Time: 12/1/2025 @ 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: October 27, 2025

*Judge's signature*

MAXIMILIANO D COUVILLIER,III, US Magistrate Judge
*Printed name and title*