UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ALBERTO GONZALEZ GURROLA,<br><br>　　　　　Defendant. | Case No. 2:25-mj-00764-MDC<br><br>**ORDER** |

　　　　Based on the Stipulation of counsel and good cause appearing,

　　　　IT IS THEREFORE ORDERED that the order regarding production of the A-file (ECF No. 12) is vacated.

　　　　DATED this  3rd  day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3